1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Respondent
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 JOSE LUIS CRUZ,                      )
                                        ) Case No. 02-0097-PJH
13                  Petitioner,         )
                                        )
14           v.                         )
                                        )
15 DAVID STILL, DISTRICT DIRECTOR,      ) **STIPULATION TO HOLD**
   IMMIGRATION AND NATURALIZATION       ) **CASE IN ABEYANCE; AND**
16 SERVICE,                             ) **[P~~ROPOSED~~] ORDER**
                                        )
17                  Respondent.         )
                                        )
18 _____)

19     The petitioner, by and through his attorneys of record, and respondents, by and through their

20 attorneys of record, hereby stipulate, subject to approval of the Court, to hold this case in abeyance

21 pending the resolution of a joint motion to reopen (copy attached) that the parties have filed with

22 the Board of Immigration Appeals (BIA).  In the joint motion to reopen, the parties have asked the

23 BIA to reopen the petitioner's removal proceedings and remand the proceedings to the

24 Immigration Judge for further proceedings on the issue of whether the petitioner is a citizen of the

25 United States.  If the BIA grants the parties' joint motion to reopen, the above-entitled action will

26 be dismissed as moot.

27

28

STIPULATION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
C02-0097-PJH                         1

| | | |
|---|---|---|
| 1 | Date: September 28, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN[1] |
| 5 | | Assistant United States Attorney<br>Attorneys for Respondent |
| 8 | Date: September 28, 2006 | /s/<br>ROBERT B. JOBE |
| 9 | | Law Office of Robert B. Jobe<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 10/2/06

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

[1] I, Edward A. Olsen, attest that Robert Jobe and I have signed this stipulation.

STIPULATION TO HOLD CASE IN ABEYANCE AND PROPOSED ORDER
C02-0097-PJH                                          2