1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondent
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 JOSE LUIS CRUZ,                      )
                                        )  Case No. 02-0097-PJH
13              Petitioner,             )
                                        )
14      v.                              )
                                        )
15 DAVID STILL, DISTRICT DIRECTOR,      )  **STIPULATION TO DISMISS; AND**
   IMMIGRATION AND NATURALIZATION       )  [PROPOSED] **ORDER**
16 SERVICE,                             )
                                        )
17              Respondent.             )

18
       The petitioner, by and through his attorneys of record, and respondents, by and through their
19
   attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-
20
   entitled case in light of the fact that the Board of Immigration Appeals (BIA) has granted the
21
   parties' joint motion to reopen the petitioner's removal proceedings. A copy of the BIA's order is
22
   attached.
23

24

25

26

27

28

STIPULATION TO DISMISS
C02-0097-PJH                           1

| | | |
|---|---|---|
| Date: March 14, 2007 | | Respectfully submitted, |
| | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondent |
| Date: March 14, 2007 | | /s/<br>ROBERT B. JOBE<br>Law Office of Robert B. Jobe<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 03/20/07  _____
PHYLLIS J. HAMILTON
United States District Judge



STIPULATION TO DISMISS
C02-0097-PJH                                    2